HOUSTON,TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON TEXAS

AUG 14 2015

CHRISTOPHER A. PRINE
CLERK

MAILED

AUGUST 12, 2015

Fourteenth Court of Appeals

Clerk Christopher A, Pine

301 Fannin, Room 245

Houston, Texas 77002

**RE:** No. 14-14-01001-CV, Tony D. Caston v. Eva M. Wiley, Fernando V. Martinez and Maria C, Martinez; In the 14th Court of Appeals Appellate District In Houston Texas

## STATEMENT REGARDING MEDIATION

Dear Mr. Christopher A. Prine:

I Appellee Eva M. Wiley agrees with the Appellant's representation the appeal should not be sent to meditation, per say in the Docketing Statement.

By copy of this letter, all Counsel of record are being notified of this filing.

Thank you,

Sincerely,

Ms. Eva M. Wiley

4614 RidgeRod Lane

Houston, Texas 77053

Cc: Marcellous Scott McZeal

Randal Telford